THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE BOARD OF TRUSTEES OF MOUNT PLEASANT ACADEMY, Respondent, v. WILLIAM F. MEZGER et al., as Assessors of the Town of Ossining, Appellants.

*People ex rel. Trustees, etc.*, v. *Mezger*, 98 App. Div. 237, affirmed.
(Argued February 20, 1905; decided March 7, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 28, 1904, which affirmed an order of Special Term directing that an assessment of property belonging to the relator for purposes of taxation be stricken from the assessment roll.

*Smith Lent* for appellants.

*Frank L. Young* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

LOLA YBERRI FITCH, Respondent, v. FRANK H. FLEER AND COMPANY, Appellant.

*Fitch* v. *Fleer & Company*. 96 App. Div. 636, appeal dismissed.
(Argued February 21, 1905; decided March 7, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered August 8, 1904, which affirmed an order of Special Term denying a motion to vacate an order directing substituted service of a summons and complaint upon the defendant without the state of New York.

*Walter Shaw Brewster* and *James McKeen* for appellant.

*Paul N. Turner* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.